UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOSEPH ROUSE,

                Plaintiff,                 JUDGMENT

     v.

                                    23-CV-07849 (RER) (JAM)

BROADWAY & COOPER LLC and
ARMONDO'S PIZZA, INC.,

                Defendants.
-----------------------------------------------------------------X

A Memorandum and Order of the Honorable Ramon E. Reyes, United States District

Judge, having been filed on April 30, 2025, granting Plaintiff's motion in part; and awarding

Plaintiff $3187.50 in attorney's fees and $402 in costs; it is

      ORDERED and ADJUDGED that Plaintiff's motion is granted in part; and that Plaintiff is

awarded a total amount of $3,589.50.

Dated: Brooklyn, New York               Brenna B. Mahoney
      May 1,  2025                  Clerk of Court

                              By:    */s/Jalitza Poveda*
                                   Deputy Clerk